# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 6, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

148981(60)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PAUL J. BETTS, JR.,
     Defendant-Appellant.

_____/

SC: 148981
COA: 319642
Muskegon CC: 12-062665-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief is GRANTED. The brief submitted on March 4, 2020, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 6, 2020



Clerk